IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Jamal Davis, ) | C/A No.: 0:13-cv-00765-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| South Carolina Department of Corrections, ) | |
| DHO Officer Patterson, Greivance ) | |
| Coordinator Johnson, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# **ORDER**

On March 22, 2013, the Plaintiff, Jamal Davis ("Plaintiff"), filed this civil action pursuant to 28 U.S.C. § 1983 alleging civil rights violations by the Defendants, South Carolina Department of Corrections, DHO Officer Patterson, and Grievance Coordinator Johnson ("Defendants"). (Doc. #1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Paige J. Gossett, (Doc. #10) to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends *sua sponte* that Plaintiff's Complaint be summarily dismissed, without prejudice and without issuance and service of process. (Id.). Objections were due by May 6, 2013. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

1

whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #10) is **ACCEPTED** and Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten    
Chief United States District Judge

July 29, 2013
Columbia, South Carolina